NOTICE TO COUNSEL

This case is currently **unassigned.**  It is part of a new case load being created for a new judge.

The judges of the Northern District of Alabama are creating two Unassigned civil case loads to be assumed, after confirmation, by the two judges nominated to fill the vacancies on the bench of the court.  Cases designated Unassigned B will be assumed by the judge whose duty station will be in Birmingham.  Cases designated Unassigned H will be assumed by the judge whose duty station will be in Huntsville.

A randomly assigned active Article III judge will monitor the case until the new judge is confirmed.   Clerk's Office contact information is as follows:

Judge Unassigned B - Tammi Coe         (205)   278-1736
Judge Unassigned H - Angela Ingleright    (256)   551-2532